FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

2b FEB 19 PM 12: 31

VIOLA DENISE FISHER, solely in her capacity as Trustee of the UNITY AND STRENGTH IRREVOCABLE LIVING TRUST,
Plaintiff,

v.

CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR UWM 2021-INV5;
CENLAR FSB;
BARRETT FRAPPIER & WEISSERMAN, LLP;
EL PASO COUNTY PUBLIC TRUSTEE, in Official Capacity;
EL PASO COUNTY SHERIFF, in Official Capacity,

Defendants.

Case No. _____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February 2026, a true and correct copy of the following documents:

• Verified Complaint
• Emergency Motion for Temporary Restraining Order and Preliminary Injunction
• Motion to Expedite Hearing
• Proposed Order

were delivered for service through ABC Legal Services for formal service of process pursuant to Federal Rule of Civil Procedure 4 upon the above-named Defendants.

I further certify that additional notice of the emergency nature of the Motion for Temporary Restraining Order will be provided to Defendants and/or their counsel through available contact information associated with the underlying foreclosure proceedings.

Service will be completed by personal service in accordance with Fed. R. Civ. P. 4.

DATED this 19th day of February 2026.

_Viola Denise Riley Trustee_

VIOLA DENISE FISHER
Trustee, UNITY AND STRENGTH IRREVOCABLE LIVING TRUST
Address: 6547 N Academy Blvd, #622, Colorado Springs, CO 80918
Phone: 719-648-9531
Email: mslovelyviola@yahoo.com